**Opinion issued July 30, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00578-CV

———————————

## IN RE TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Texas Department of Family and Protective Services, has filed a petition for writ of mandamus challenging a directed verdict denying parental termination.[*] We **deny** the petition.

## PER CURIAM

Panel consists of Chief Justice Radack and Justices Higley and Massengale.

---

[*] The underlying case is *In the Interest of C.M. and C.F.*, cause number 13CP0068 in the 306th District Court of Galveston County, Texas, the Honorable Anne B. Darring presiding.